**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL ANDREW BEVIS,

        Plaintiff,

v.    Case No:   6:22-cv-1543-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

---

**ORDER**[1]

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REVERSAL AND REMAND OF THE CAUSE TO THE DEFENDANT (Doc. No. 27)**
>
> **FILED:** February 22, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

---

[1] The parties have consented to the exercise of jurisdiction by a United States Magistrate Judge. *See* Doc. Nos. 21, 24–25.

The Commissioner of Social Security moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g), so that the following may occur:

> The Commissioner requests remand to allow the agency to comply with the Appeals Council remand order dated April 27, 2020 by consolidating the claim files for the application filed on December 6, 2018 and April 27, 2020, associate the evidence, update the administrative record, offer Plaintiff the opportunity a hearing if appropriate, and issue a new decision.

Doc. No. 27.   Plaintiff does not oppose the motion.   *Id.* at 1.

Upon consideration, the Court finds the request well taken.   *See* 42 U.S.C. § 405(g).   Accordingly, it is **ORDERED** that:

1. The Commissioner's Unopposed for Entry of Judgment with Reversal and Remand of the Cause to the Defendant (Doc. No. 27) is **GRANTED**.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reasons.

3. The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, **TERMINATE** any pending motions as moot, and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on February 23, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties